MONTHLY PROFIT AND LOSS REPORT          MONTH OF: September , 23

NAME OF DEBTOR: Jamie Bennett

CASE NO.: 20-41848

## MONTHLY RECEIPTS AND DISBURSEMENTS

### 1. CASH RECEIVED DURING MONTH

| RECEIPT ITEM | QUANTITY SOLD (BALES,BUSHELS,LBS,HEAD) | CROP YEAR | AMOUNT |
|---|---|---|---|
| A.CROPS SOLD | | | |
| 1. COTTON | | | $ |
| 2. WHEAT | | | $ |
| 3. GRAINS | | | $ |
| 4. CORN | | | $ |
| 5. SUGAR BEETS | | | $ |
| 6. OTHER | plants | 23 | $ 19,685 |
| B.PASTURE RENTAL | | | $ |
| C.AGRICULTURAL PROGRAM PAYMENTS | | | $ |
| D.CCC LOANS | | | $ |
| E.SALES OF LIVESTOCK BOUGHT FOR RESALE | | | $ |
| F.SALES OF BREEDING HERD | | | $ |
| G.MACHINE WORK | | | $ |
| H.CROP INSURANCE PROCEEDS | | | $ |
| I.DISTRIBUTIONS FROM CO-OP (1) Patronage Dividends | | | $ |
| (2) Stock Retirement | | | $ |
| J.OTHER FARM INCOME | | | $ |
| K.WAGES EARNED FROM OUTSIDE WORK | | | $ 7,500 |
| L.REIMBURSEMENT OF EXPENSE | | | $ |
| M.RENTS AND ROYALTIES | | | $ |
| N.INTEREST AND DIVIDENDS | | | $ ,43 |
| O.SOCIAL SECURITY BENEFITS | | | $ |
| P.BUSINESS INCOME (SCHEDULE C and E) | | | $ |
| Q.OTHER RECEIPTS | | | $ |
| R.TOTAL RECEIPTS (SUM OF A THRU Q) | | | $ 27,185. 43 |
| S.TRANSFERS | | | $ |
| T.NEW LOAN RECEIVED THIS MONTH | | | $ |
| U.CASH COLLATERAL RECEIPTS/REFUND OF CASH COLLATERAL | | | $ |

Revised 1/1/2015

MONTHLY PROFIT AND LOSS REPORT     MONTH OF:    _September , 23_

NAME OF DEBTOR: _Jamie Bennett_

CASE NO.: _20-41840_

## 2. EXPENSES PAID

A.TOTAL FROM PAGE 3 FOR HOUSEHOLD/LIVING EXPENSE       $ _1,475.96_

   FARM OPERATING EXPENSES PAID (ITEMIZE)

B.COST OF LIVESTOCK SOLD FROM PAGE 4       $ _____

C.COST OF BREEDING HERD SOLD FROM PAGE 4       $ _____

D.CHEMICALS       $ _____

E.CUSTOM HIRE (MACHINE WORK)       $ _____

F.FEED PURCHASED       $ _____

G.FERTILIZER AND LIME       $ _____

H.GASOLINE, FUEL, OIL       $ _____

I.INSURANCE       $ _1,209.47_

J.INTEREST       $ _____

K.LABOR       $ _885_

L.RENT OF FARM, PASTURE       $ _____

M.REPAIRS, MAINTENANCE       $ _98_

N.SEEDS, PLANTS PURCHASED       $ _3593_

O.STORAGE, WAREHOUSING, FREIGHT, TRUCKING       $ _____

P.TAXES       $ _____

Q.UTILITIES       $ _____

R.OTHER EXPENSES (LIST)       $ _819_

   1. _Service charge/mayday Tax_   $ _8 | 390_

   2. _Bates county produce_   $ _428_

S.TOTAL FARM EXPENSES (SUM OF B THRU R)       $ _6,602.47_

T.PLAN PAYMENTS MADE TO CHAPTER 12 TRUSTEE       $ _____

U.OTHER PAYMENTS MADE TO SECURED CREDITORS       $ _6,799.28_

V.OTHER BUSINESS EXPENSES (SCHEDULE C AND E)       $ _____

W. TOTAL EXPENSES PAID DURING MONTH   (SUM of A+S+T+U+V)       $ _14,877.71_

X. PROFIT(OR LOSS) FOR MONTH(LINE R, PAGE 1 LESS LINE W, PAGE 2)       $ _12,307.72_

   Y.TRANSFERS       $ _____

   Z.LOANS REPAID       $ _____

   AA.CASH COLLATERAL PRINCIPAL REPAYMENT       $ _____

Revised 1/1/2015

MONTHLY PROFIT AND LOSS REPORT      **MONTH OF:** September , 23

NAME OF DEBTOR: Jamie Bennett

CASE NO.: 20-41940

**HOUSEHOLD AND LIVING EXPENSE**

  A. HOME MORTGAGE                          $ _____

  B. ROUTINE HOME MAINTENANCE          $ _____

  C. RENT                                   $ _____

  D. TOTAL UTLITIES     (SUM OF 1 THRU 5)          $ _____

        1. ELECTRIC           $ 564

        2. WATER             $ 390.98

        3. TELEPHONE      $ 337.58

        4. GAS              $ _____

        5. OTHER            $ 183.50

  E. FOOD                                $ _____

  F. CLOTHING                           $ _____

  G. LAUNDRY AND CLEANING               $ _____

  H. MEDICAL                            $ _____

  I. TOTAL INSURANCE NOT DEDUCTED FROM WAGES    $ _____

        (SUM OF 1 THRU 5)

        1. AUTO              $ _____

        2. LIFE                $ _____

        3. MEDICAL          $ _____

        4. HOMEOWNERS    $ _____

        5. OTHER            $ _____

  J. TRANSPORTATION NOT INCLUDING AUTO PAYMENTS    $ _____

  K. RECREATION AND EATING OUT          $ _____

  L. DUES NOT DEDUCTED FROM WAGES      $ _____

  M. TAXES NOT DEDUCTED FROM WAGES OR

     INCLUDED IN MORTAGE PAYMENTS.       $ _____

  N. ALIMONY, MAINTENANCE OR SUPPORT PAYMENTS    $ _____

  O. RELIGIOUS OR OTHER CHARITABLE CONTRIBUTIONS    $ _____

  P. TOTAL OTHER EXPENSES ( SUM OF 1 THRU 5)    $ _____

        1. _____    $ _____

        2. _____    $ _____

        3. _____    $ _____

        4. _____    $ _____

  Q. TOTAL INSTALLMENT PAYMENTS (SUM OF 1 THRU 5)    $ _____

        1. AUTO              $ _____

        2. HOME IMPROVEMENT    $ _____

        3. _____    $ _____

        4. _____    $ _____

**TOTAL HOUSEHOLD AND LIVING EXPENSE**          $ 1,475.96

ENTER ON LINE
LINE 2 A, PAGE 2

MONTHLY PROFIT AND LOSS REPORT                MONTH OF:        September    , 23

NAME OF DEBTOR:    Jamie Bennett
CASE NO.:          20 - 41840

3. CASH RECONCILIATION:

BANK BALANCE AT BEGINNING OF MONTH (ALL ACCOUNTS)                    $ 2,507.69

INCOME (OR LOSS) DURING MONTH (X PG.2)                              $ 12,307.72

ADD LOANS, TRANSFERS, AND CASH COLLATERAL                          $ _____
                                              (S,T,& U PG.1)
SUBTRACT LOAN REPAYMENTS, TRANSFERS, AND                           $ _____
CASH COLLATERAL PRINCIPAL (Y,Z, AND AA, PG. 2)

CASH AND BANK ACCOUNT BALANCE AT END OF MONTH                      $ 14,815.41
(TOTAL ENDING BALANCE OF ALL ACCOUNTS)

4. EXPENSES CHARGED BUT NOT PAID DURING THE LAST MONTH OF PLAN YEAR

EXPENSE (ITEMIZE)                                                   AMOUNT

_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____
_____              $ _____

TOTAL EXPENSES CHARGED                                             $ _____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

10-20-23
DATE                                           DEBTOR/OFFICER OF DEBTOR

Revised 1/1/2015

# Community First Bank

## BANK STATEMENT
### MEMBER FDIC

| COMMUNITY FIRST BANK<br>P.O. BOX 65<br>APPLETON CITY, MO 64724-0065<br>PHONE (660) 476-2124 | P.O. BOX 407<br>BUTLER, MO 64730-0407<br>PHONE (660) 679-3135 or<br>(660) 679-6191 | P.O. BOX 439<br>GARDEN CITY, MO 64747-0439<br>PHONE (816) 755-3055 |
|---|---|---|

**\*\*N0012758**

Jamie M Bennett
Debtor In Possession
26816 S Famuliner Rd
Harrisonville MO  64701

D

EOM
20
9/30/23
1
Account Number
███3848

## Summary for Premier Checking

20

| | | |
|---|---|---|
| Your previous balance on  8/31/23 | | 2,507.69 |
| Plus deposits and other credits | 7 | 27,185.00 |
| Plus interest earned this period | | .43 |
| Minus checks and other withdrawals | 26 | 14,869.71 |
| Service charge | 8.00 | |
| Equals your new balance | | 14,815.41 |
| Interest rate | 0.10% | |
| 2023 interest credited | 4.45 | |
| Average balance | 5,195.17 | |
| ...Annual Percentage Yield Earned | 0.10% | |
| ...Based on earnings for  30 days  through  9/30/23 | | |

### OVERDRAFT / RETURN ITEM FEES

| | Total for<br>this Period | Total<br>Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | .00 |
| Total Returned Item Fees | .00 | .00 |

### Deposits and other credits

| Date | Amount | Transaction description | |
|---|---|---|---|
| 9/05/23 | 11.00 | Regular Deposit | CFB |
| 9/05/23 | 4,000.00 | Regular Deposit | CFB |
| 9/11/23 | 100.00 | Regular Deposit | CFB |
| 9/11/23 | 2,000.00 | Regular Deposit | CFB |
| 9/15/23 | 1,500.00 | Regular Deposit | CFB |

Consider our Greatest Asset

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

COMMUNITY FIRST BANK
P.O. BOX 65
APPLETON CITY, MO 64724-0065
PHONE (660) 476-2124

P.O. BOX 407
BUTLER, MO 64730-0407
PHONE (660) 679-3135 or
(660) 679-8191

P.O. BOX 439
GARDEN CITY, MO 64747-0439
PHONE (816) 755-3055

EOM
20

Jamie M Bennett
Debtor In Possession                              9/30/23
26816 S Famuliner Rd                                    2
Harrisonville MO 64701                        Account Number
                                          D       3848

### Deposits and other credits

| Date | Amount | Transaction description | |
|------|--------|------------------------|---|
| 9/25/23 | 2,410.00 | Regular Deposit | CFB |
| 9/25/23 | 17,164.00 | Regular Deposit | CFB |
| 9/30/23 | .43 | Interest deposited | |

### Other debits and withdrawals

| Date | Amount | Transaction description |
|------|--------|------------------------|
| 9/06/23 | 82.90 | ASSURITY P ASSURITY PAYMENT /FTXXXXX8693/Jamie Bennett |
| 9/06/23 | 150.65 | BILLPAY CONSOLIDATED COM /FAIRPOINT COMM/JOHN L BENNETT |
| 9/06/23 | 543.11 | WEB PYMNT BlueKc Com Stlmt /XXXXX1942/JAMIE BENNETT |
| 9/06/23 | 564.00 | WEB PAY EVERGY MO WEST /397XXXXX1382/BENNETT,JOHN |
| 9/07/23 | 33.47 | PAYMENT ADT /61331401/BENNETT, JAMIE |
| 9/07/23 | 72.29 | FarmBureau MFBT&CWEB /S60500532/Jamie Bennett |
| 9/07/23 | 76.97 | FarmBureau MFBT&CWEB /S90204722/Jamie Bennett |
| 9/07/23 | 179.84 | FarmBureau MFBT&CWEB /S73002576/Jamie Bennett |
| 9/07/23 | 186.93 | VZW WEBPAY VZ WIRELESS VE /1526585/JOHN *BENNETT |
| 9/07/23 | 210.24 | FarmBureau MFBT&CWEB /S81902547/Jamie Bennett |
| 9/08/23 | 150.03 | DISH NTWRK DISH NETWORK /XXXXX5534 SPA BENNETT,JOHN&DEBBIE |
| 9/11/23 | 43.12 | INS PREM AAA LIFE /4XXXXX6983 ALSC/JAMIE M BENNETT |
| 9/12/23 | 98.00 | ONLINE PMT CAPITAL ONE /3SACVAF2U8B1BZT/JOHNNY BENNETT |
| 9/30/23 | 8.00 | Service charge |

| ---------Checks---------- | | | ---------Checks---------- | | | ---------Checks---------- | | |
|------|------|--------|------|------|--------|------|------|--------|
| Check# | Date | Amount | Check# | Date | Amount | Check# | Date | Amount |
| 9333 | 9/08 | 390.00 | 9346 | 9/07 | 165.00 | 9351 | 9/29 | 200.00 |
| 9338* | 9/01 | 720.96 | 9347 | 9/14 | 2,298.00 | 9352 | 9/29 | 1,412.31 |
| 9342* | 9/01 | 547.99 | 9348 | 9/15 | 798.00 | 9355* | 9/28 | 3,918.02 |
| 9344* | 9/06 | 420.00 | 9349 | | | | | |
| 9345 | 9/13 | 390.88 | 9350 | 9/22 | 497.00 | | | |

Our Confidence Our Greatest Asset

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



## Community First Bank
**BANK STATEMENT**
MEMBER FDIC



| Date | | Amount |
|---|---|---|
| 09/05 | | 11.00 |
| 09/05 | | 4000.00 |
| 09/11 | | 2000.00 |
| 09/11 | | 100.00 |
| 09/15 | | 1500.00 |
| 09/25 | | 2410.00 |
| 09/25 | | 17164.00 |
| 09/08 | 9333 | 390.00 |
| 09/01 | 9338 | 720.96 |
| 09/01 | 9342 | 547.99 |
| 09/06 | 9344 | 420.00 |
| 09/13 | 9345 | 390.88 |



| | | |
|---|---|---|
| 09/07 | 9346 | 165.00 |
| 09/15 | 9348 | 798.00 |
| 09/22 | 9350 | 497.00 |
| 09/29 | 9352 | 1412.31 |
| 09/14 | 9347 | 2298.00 |
| 09/18 | 9349 | 720.00 |
| 09/29 | 9351 | 200.00 |
| 09/28 | 9355 | 3918.02 |