# UNITED STATES BANKRUPTCY COURT

DISTRICT OF    Kansas

In Re. Pyramid Moving, Inc. §§§§    Case No.  23-21037

_____
Debtor(s)

☐ Jointly Administered

==*AMENDED/CORRECTED*==

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2023

Petition Date: 08/31/2023

Months Pending: 1

Industry Classification: | 4 | 8 | 4 | 1 |

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Alex Olimov
Signature of Responsible Party

11/20/2023
Date

Alex Olimov
Printed Name of Responsible Party

5845 Horton St. #2, Mission, KS  66202
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                    1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $126 | |
| b.   Total receipts (net of transfers between accounts) | $79,397 | $79,397 |
| c.   Total disbursements (net of transfers between accounts) | $62,661 | $62,661 |
| d.   Cash balance end of month (a+b-c) | $16,862 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $62,661 | $62,661 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $20,454 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    (Book ◯    Market ◯    Other ⦿    (attach explanation)) | $0 | |
| d    Total current assets | $32,630 | |
| e.   Total assets | $32,630 | |
| f.   Postpetition payables (excluding taxes) | $325,579 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $325,579 | |
| k.   Prepetition secured debt | $0 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $325,579 | |
| o.   Ending equity/net worth (e-n) | $-292,949 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $79,397 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $79,397 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $55,000 | |
| f.   Other expenses | $7,581 | |
| g.   Depreciation and/or amortization (not included in 4b) | $14,884 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $16,576 | $0 |

UST Form 11-MOR (12/01/2021) - Mac                           2

Debtor's Name Pyramid Moving, Inc.                    Case No. 23-21037

## Part 5: Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | WM Law | Lead Counsel | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    3

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    4

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    5

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021) - Mac      6

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                        7

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ⦿

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ⦿

c. Were any payments made to or on behalf of insiders? — Yes ○ No ⦿

d. Are you current on postpetition tax return filings? — Yes ⦿ No ○

e. Are you current on postpetition estimated tax payments? — Yes ⦿ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ⦿ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ⦿

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ⦿

i. Do you have: Worker's compensation insurance? — Yes ○ No ⦿
   If yes, are your premiums current? — Yes ○ No ⦿ N/A ○ (if no, see Instructions)
   Casualty/property insurance? — Yes ⦿ No ○
   If yes, are your premiums current? — Yes ⦿ No ○ N/A ○ (if no, see Instructions)
   General liability insurance? — Yes ⦿ No ○
   If yes, are your premiums current? — Yes ⦿ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ⦿

k. Has a disclosure statement been filed with the court? — Yes ○ No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ⦿ No ○

UST Form 11-MOR (12/01/2021) - Mac                 8

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alex Olimov                                              Alex Olimov

Signature of Responsible Party                              Printed Name of Responsible Party

Owner                                                       11/20/2023

Title                                                       Date



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour



# CHASE ◉

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2023 through September 29, 2023
Account Number: ▇▇▇▇275

00361761 DRE 111 141 27323 NNNNNNNNNNN T 1 000000000 64 0000

PYRAMID MOVING INC.
5845 HORTON ST STE 2
MISSION KS 66202-2653

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $126.25 |
| Deposits and Additions | 3 | 79,397.18 |
| Electronic Withdrawals | 16 | -60,034.43 |
| Other Withdrawals | 1 | -2,626.25 |
| Ending Balance | 20 | $16,862.75 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/13 | Remote Online Deposit | 1 | $26,556.67 |
| 09/13 | Online Transfer From Chk ...7658 Transaction#: 18434735229 | | 28,000.00 |
| 09/25 | Remote Online Deposit | 1 | 24,840.51 |
| **Total Deposits and Additions** | | | **$79,397.18** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | 09/14 Online Domestic Wire Transfer Via: Glacier Kalispell/124301025 A/C: Prime Property And Casualty Sandy UT 84070 US Ref: D21-2081507/PC23073168 Imad: 0914B1Qgc08C006942 Trn: 3022573257Es | $25,000.00 |
| 09/14 | Zelle Payment To Benjamin Kamanzi Jpm99A246Zas | 100.00 |
| 09/15 | 09/15 Online ACH Payment 11108721589 To Tarasdohliad (_########0600) | 1,486.53 |
| 09/18 | 09/16 Online Transfer To Chk ...7658 Transaction#: 18463444454 | 10,000.00 |
| 09/18 | 09/16 Online Transfer To Chk ...7890 Transaction#: 18467083393 | 12,000.00 |
| 09/18 | 09/18 Online ACH Payment 11108835768 To Ahmedbasimalialkaram (_########9498) | 1,289.97 |

Case 23-21037    Doc# 66    Filed 11/30/23    Page 13 of 18



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/19 | Orig CO Name:Procon Fleet       Orig ID:7271272584 Desc Date:      CO Entry Descr:FL Monthlysec:CCD   Trace#:091000019528217 Eed:230919   Ind ID:375668                    Ind Name:Longhorn Cargo Trn: 2619528217Tc | 175.81 |
| 09/20 | Zelle Payment To Oyatillo  18494265591 | 800.00 |
| 09/20 | Zelle Payment To Bohdan Klm Jpm99A2Drx4C | 193.22 |
| 09/20 | Zelle Payment To Emmanuel Muller Jpm99A2Dtx2X | 230.00 |
| 09/21 | Orig CO Name:Mission Property      Orig ID:832753796  Desc Date:SEP 21 CO Entry Descr:July Rent Sec:PPD   Trace#:101206103281303 Eed:230921   Ind ID:Rent Ind Name:Longhorn Cargo LLC Trn: 2633281303Tc | 320.00 |
| 09/21 | Zelle Payment To Deravil Alberto 18504426828 | 75.00 |
| 09/25 | Zelle Payment To Mega Transportation Jpm99A2Jz99U | 30.00 |
| 09/28 | Zelle Payment To Bobir 18563449737 | 333.90 |
| 09/28 | 09/28 Online Transfer To Chk ...1010 Transaction#: 18563703840 | 3,000.00 |
| 09/28 | 09/28 Online Transfer To Chk ...7890 Transaction#: 18565106702 | 5,000.00 |
| **Total Electronic Withdrawals** | | **$60,034.43** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | Coal-24Aug23-3244 | $2,626.25 |
| **Total Other Withdrawals** | | **$2,626.25** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/12 | -$2,500.00 |
| 09/13 | 52,056.67 |
| 09/14 | 26,956.67 |
| 09/15 | 25,470.14 |
| 09/18 | 2,180.17 |
| 09/19 | 2,004.36 |
| 09/20 | 781.14 |
| 09/21 | 386.14 |
| 09/25 | 25,196.65 |
| 09/28 | 16,862.75 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

Case 23-21037    Doc# 66    Filed 11/30/23    Page 14 of 18





## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case 23-21037   Doc# 66   Filed 11/30/23   Page 15 of 18



This Page Intentionally Left Blank

Case 23-21037    Doc# 66    Filed 11/30/23    Page 16 of 18

# PYRAMID MOVING INC

## Profit & Loss

September 2023

|  | TOTAL |
|---|---|
| Revenue | |
|   Refunds | 26,927.11 |
|   Sales | 54,556.67 |
| **Total Revenue** | **$81,483.78** |
| GROSS PROFIT | **$81,483.78** |
| Expenditures | |
|   Bank Charges & Fees | -79.90 |
|   Contractors | 3,738.62 |
|   Insurance | 25,000.00 |
|   Legal & Professional Services | 2,626.25 |
|   Office Rent | 320.00 |
|   Office Supplies & Software | 975.81 |
|   Truck rent and lease | 30,000.00 |
| **Total Expenditures** | **$62,580.78** |
| NET OPERATING REVENUE | **$18,903.00** |
| Other Expenditures | |
|   Depreciation | 14,884.11 |
| **Total Other Expenditures** | **$14,884.11** |
| NET OTHER REVENUE | **$ -14,884.11** |
| NET REVENUE | **$4,018.89** |

# PYRAMID MOVING INC

## Balance Sheet

### As of September 30, 2023

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Business Advantage Chk - 7139 | 1,760.35 |
| PYRAMID (3275) - 2 | 16,862.75 |
| **Total Bank Accounts** | **$18,623.10** |
| **Total Current Assets** | **$18,623.10** |
| Fixed Assets | |
| Equipment & Parts | 14,006.94 |
| Trucks | 0.00 |
| **Total Fixed Assets** | **$14,006.94** |
| **TOTAL ASSETS** | **$32,630.04** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards | **$ -176.10** |
| **Total Current Liabilities** | **$ -176.10** |
| **Total Liabilities** | **$ -176.10** |
| Equity | |
| Opening Balance Equity | 100.00 |
| Retained Earnings | 29,555.89 |
| Net Revenue | 3,150.25 |
| **Total Equity** | **$32,806.14** |
| **TOTAL LIABILITIES AND EQUITY** | **$32,630.04** |

Accrual Basis  Wednesday, November 8, 2023 04:25 PM GMT-06:00

1/1